**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jack Eugene Beadle, | Civ. No. 24-2045 (JWB/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Jared Rardin, *Warden, Rochester FMC*, | |
| Respondent. | |

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on June 20, 2024. (Doc. No. 3.) No objection has been filed to that R&R in the time permitted. Absent a timely objection, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The June 20, 2024 Report and Recommendation (Doc. No. 3) is **ACCEPTED**; and

2. Plaintiff Jack Eugene Beadle's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 13, 2024

                                                  *s/ Jerry W. Blackwell*
                                                  JERRY W. BLACKWELL
                                                  United States District Judge